**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **PLINTRON TECHNOLOGIES USA LLC,** | § § § | |
| **Movant** | § § | **Misc. Case No.** _____ |
| **v.** | § § | (Related to No. 2:24-cv-00093-MJP in the United States Western District of Washington) |
| **PATRIOT MOBILE LLC,** | § § | |
| **Respondent** | § | |

**ORDER**

Having considered *Plintron Technologies USA LLC's Motion to Compel Subpeona Compliance* (the "Motion"), the evidence submitted in support therefor, any responses thereto, and the record of this case, the Court finds good cause to – and therefore does – **ORDER** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that within **seven (7) days** of the entry of this order, Patriot Mobile LLC is **ORDERED** to produce to Movant, at randall.thomsen@bclplaw.com for electronic documents, and at the address set forth in the Subpoena for non-electronic documents, all responsive documents in Patriot Mobile LLC's possession, custody, and/or control.

**IT IS FURTHER ORDERED** to appear, through one or more designated representatives, for a deposition on all topics identified in the Subpoena within the next thirty (30) days and to provide availability for such deposition within five (5) days of this order.

**SIGNED** _____, 2025.

_____
U.S. DISTRICT JUDGE

1